ACCEPTED
03-14-00503-CV
7684226
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 2:55:14 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00503-CV

| | | |
|---|---|---|
| Claudia Chiquillo<br>Appellee | §<br>§<br>§ | IN THE THIRD DISTRICT |
| V. | §<br>§ | COURT OF APPEALS |
| KENT KOHLER<br>Appellant | §<br>§<br>§ | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 2:55:14 PM
JEFFREY D. KYLE
Clerk

## APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL

LORI GANSEL hereby files this appearance of counsel on behalf of Appellant, KENT KOHLER.

Pursuant to Rule 8 of the Texas Rules of Civil Procedure, LORI GANSEL shall be designated as the attorney in charge, and all communication from the Court or other counsel with respect to this suit shall be sent to the undersigned in accordance with Texas Rules of Civil Procedure.

Respectfully submitted,

Lori Gansel
Attorney for Appellant
State Bar No. 24094669
295 Lexington Drive
Austin, TX 78737
Phone: (512) 999-7056
Fax: (512) 287-4856

AGREED TO AND APPROVED:

Kent Kohler

APPEARANCE OF COUNSEL

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certified that true copy of the above and foregoing pleading was served on Claudia Chiquillo, via email at cayachi10@gmail.com, in accordance with the Texas Rules of Civil Procedure, on October 14, 2015.

_____
Lori Gansel